

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2017

No. 04-17-00417-CR

David S. **BISHOP,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR3325
Laura Lee Parker, Judge Presiding

## O R D E R

We **order** the Clerk of this court to administratively close appeal numbers 04-17-00417-CR and 04-17-00418-CR and to transfer the motions for extension of time to file a notice of appeal that were filed under those appeal numbers to appeal numbers 04-17-00436-CR and 04-17-00437–CR.

**PER CURIAM**

ATTESTED TO: _Luz Estrada_

*MINUTES*
Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas

July 21, 2017

No. 04-17-00417-CR

David S. **BISHOP,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR3325
Laura Lee Parker, Judge Presiding

# O R D E R

    We **order** the Clerk of this court to administratively close appeal numbers 04-17-00417-CR and 04-17-00418-CR and to transfer the motions for extension of time to file a notice of appeal that were filed under those appeal numbers to appeal numbers 04-17-00436-CR and 04-17-00437–CR.

**PER CURIAM**

ATTESTED TO:      /s/ Luz Estrada

Entered this 21st day of July, 2017.      Vol ____ Page ____